IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N.; et al., § § § § *Plaintiffs*, § v. § ALAMO HEIGHTS INDEPENDENT § SCHOOL DISTRICT; et al., § § *Defendants*. § | CIVIL ACTION NO. 5:25-cv-756-FB |

## DEFENDANTS' NOTICE OF APPEAL

Defendants, Alamo Heights Independent School District, North East Independent School District, Cypress Fairbanks Independent School District, Lackland Independent School District, Northside Independent School District, Lake Travis Independent School District, Fort Bend Independent School District, Plano Independent School District, and Dripping Springs Independent School District, pursuant to Federal Rules of Appellate Procedure 3 and 4, respectfully appeal to the United States Court of Appeals for the Fifth Circuit from the Order Concerning Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss entered June 20, 2025, ECF 78.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General
Texas Bar No. 00796531
biff.farrell@oag.texas.gov
(512) 979-5561 | FAX: (512) 320-0667

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 463-2120
Fax: (512) 320-0667

**COUNSEL FOR DEFENDANTS, ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT, NORTH EAST INDEPENDENT SCHOOL DISTRICT, CYPRESS FAIRBANKS INDEPENDENT SCHOOL DISTRICT, LACKLAND INDEPENDENT SCHOOL DISTRICT, LAKE TRAVIS INDEPENDENT SCHOOL DISTRICT, FORT BEND INDEPENDENT SCHOOL DISTRICT, DRIPPING SPRINGS INDEPENDENT SCHOOL DISTRICT, PLANO INDEPENDENT SCHOOL DISTRICT, AND NORTHSIDE INDEPENDENT SCHOOL DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF system on this August 21, 2025, on all counsel of record.

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General