**NOTICE OF FORM FOR APPEARANCE** (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 25-50695

Rabbi Mara Nathan, et al. vs. Alamo Heights Independent School Dist. et al.
(Short Title)

The Clerk will enter my appearance as Counsel for Plaintiffs-Appellees

(please see attachment 1 for full description of party names).

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT** ☐ Petitioner(s)  ☐ Respondent(s)  ☐ Amicus Curiae
☐ Appellant(s)  ☑ Appellee(s)  ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Jonathan K. Youngwood                    jyoungwood@stblaw.com
(Signature)                                  (e-mail address)

Jonathan K. Youngwood                        MS 106441
(Type or print name)                         (State/Bar No.)

_____
(Title, if any)

Simpson Thacher & Bartlett LLP
(Firm or Organization)

Address  425 Lexington Avenue

City & State  New York, NY                   Zip 10017

Primary Tel. 212-455-3539   Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Jonathan K. Youngwood

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:
  (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
      ☑ Yes   ☐ No
  (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
      ☑ Yes   ☐ No
  (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
      ☐ Yes   ☑ No
  (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case  Yes, preliminary injunction

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Please see attachment 2 for full description of related cases.

_____

Name of Court or Agency_____

Status of Appeal (if any)_____

Other Status (if not appealed)_____

**NOTE: Attach sheet to give further details.**                              DKT-5A REVISED June 2023

# Attachment 1 to Notice of Form for Appearance

The Clerk will enter my appearance as Counsel for:

Plaintiffs-Appellees:

Rabbi Mara Nathan, on behalf of herself and on behalf of her minor child, real party in interest M.N.; Virginia Galaviz Eisenberg and Ron Eisenberg, on behalf of themselves and on behalf of their minor child, real party in interest R.E.; Cantor Seth Ettinger and Sarah Ettinger, on behalf of themselves and on behalf of their minor child, real party in interest R.E.; Elizabeth Lemaster, on behalf of herself and on behalf of her minor children, real party in interest K.L. and real party in interest L.L.; Carah Helwig, on behalf of herself and on behalf of her minor children, real party in interest J.P. and real party in interest T.P.; Alyssa Martin and Cody Barker, on behalf of themselves and on behalf of their minor child, real party in interest H.B.M.; Lauren Erwin, on behalf of herself and on behalf of her minor child, real party in interest M.E.; Rebekah Lowe and Theodore Lowe, on behalf of themselves and on behalf of their minor children, real party in interest E.R.L. and real party in interest E.M.L.; Marissa Norden and Wiley Norden, on behalf of themselves and on behalf of their minor children, real party in interest E.N. and real party in interest A.N.; Rabbi Joshua Fixler, on behalf of himself and on behalf of his minor children, real party in interest D.F., real party in interest E.F., and real party in interest F.F.; Reverend Cynthia Mood, on behalf of herself and on behalf of her minor children, real party in interest L.M. and real party in interest C.M.; Cheryl Rebecca Smith, on behalf of herself and on behalf of her minor child, real party in interest L.P.J.; Arvind Chandrakantan, on behalf of himself and on behalf of his minor children, real party in interest V.C., real party in interest M.C., and real party in interest A.C.; Allison Fitzpatrick, on behalf of herself and on behalf of her minor children, real party in interest C.F. and real party in interest H.F.; and Mara Richards Bim, on behalf of herself and on behalf of her minor child, real party in interest H.B.

# Attachment 2 to Notice of Form for Appearance

To my knowledge, the following cases are responsive to the Inquiry of Counsel:

*Roake v. Brumley, et al.*, **Civil Action No. 24-30706**
- Name of Court or Agency: Fifth Circuit
- Status of Appeal (if any): Petition for rehearing en banc pending.
- Other Status (if not appealed): N/A

*Roake v. Brumley, et al.*, **Civil Action No. 24-30779**
- Name of Court or Agency: Fifth Circuit
- Status of Appeal (if any): Notice of Appeal filed on December 19, 2024 by Appellant Orleans Parish School Board.
- Other Status (if not appealed): N/A

*Roake v. Brumley, et al.*, **Civil Action No. 3:24-cv-517**
- Name of Court or Agency: M.D. Louisiana
- Status of Appeal (if any): Petition for rehearing en banc pending.
- Other Status (if not appealed): N/A

*Dier v. Landry, et al.*, **Civil Action No. 2:24-cv-02306**
- Name of Court or Agency: E.D. Louisiana
- Status of Appeal (if any): N/A
- Other Status (if not appealed): Case stayed and administratively closed on August 19, 2025.

*Alexander v. Morath*, **Civil Action No. 25-cv-01614**
- Name of Court or Agency: N.D. Texas
- Status of Appeal (if any): N/A
- Other Status (if not appealed): Complaint filed on June 24, 2025.