# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 08, 2025

Mr. Samuel Troxell Grover
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701

Ms. Chloe Kempf
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Alex J. Luchenitser
Americans United for Separation of Church & State
1310 L Street, N.W.
Suite 200
Washington, DC 20005

Ms. Adriana Cecilia Pinon
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

   No. 25-50695   Nathan v. Alamo Heights Indep Sch Dist
                  USDC No. 5:25-CV-756

Dear Counsel:

The court has requested a response to the Appellants' Motion for Hearing En Banc to be filed in this office on or before Friday, September 12, 2025.

                            Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Lisa E. Ferrara*
                    By: _____
                    Lisa E. Ferrara, Deputy Clerk
                    504-310-7675

cc:
    Mr. William Francis Cole
    Mr. William Howard Farrell
    Mr. Daniel Ortner
    Mr. William R. Peterson