# ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, **William R. Peterson** (Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

**25-50695** (Case Number)   **Nathan** v. **Alamo Heights Independent School** (Short Title)

is scheduled for oral argument at **1:00 pm** (Time) on **January 20, 2026** (Date) located in the

**John Minor Wisdom United States Court of Appeals Building 600 Camp Street New Orleans, LA 70130**
(Location)

/s/ **William R. Peterson** (Signature)   **January 5, 2026** (Date)

---

### List all parties being represented for argument and select the party type

Alamo Heights Independent School District (ISD), North East ISD, Lackland ISD, Northside ISD, Lake Travis ISD, Dripping Springs ISD, Fort Bend ISD, Cypress Fairbanks ISD, and Plano ISD

[x] Appellant   [ ] Appellee   [ ] Cross Appellant   [ ] Cross Appellee   [ ] Amicus   [ ] Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| # | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | J. Benjamin Aguiñaga (Roake) | 20 | 2.5 |
| #2 | William R. Peterson | 20 | 2.5 |
| #3 |  |  |  |
| #4 |  |  |  |
| #5 |  |  |  |

SESSION # **EB**

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

---

[ PRINT TO PDF ]   [ RESET FORM ]

Revised 04/2023   Form OA-001