# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-50695

---

Mara Nathan, *Rabbi, on behalf of herself and on behalf of her minor child, M.N.*; Virginia Galaviz Eisenberg, *on behalf of herself and on behalf of her minor child*, R.E.; Ron Eisenberg, *on behalf of himself and on behalf of his minor child*, R.E.; Seth Ettinger, Cantor, *on behalf of himself and on behalf of his minor child*, R.E.; Sarah Ettinger, *on behalf of herself and on behalf of her minor child*, R.E.; Elizabeth Lemaster, *on behalf of herself and on behalf of her minor children*, K.L. & L.L.; Carah Helwig, *on behalf of herself and on behalf of her minor children*, J.P. & T.P.; Alyssa Martin, *on behalf of herself and on behalf on her minor child*, H.B.M.; Cody Barker, *on behalf of himself and on behalf of his minor child*, H.B.M.; Lauren Erwin, *on behalf of herself and on behalf of her minor child*, M.E.; Rebekah Lowe, *on behalf of herself and on behalf of her minor children*, E.R.L. & E.M.L.; Theodore Lowe, *on behalf of himself and on behalf of his minor children*, E.R.L. & E.M.L.; Marissa Norden, *on behalf of herself and on behalf of her minor children*, E.N. & A.N.; Wiley Norden, *on behalf of himself and on behalf of his minor children*, E.N. & A.N.; Joshua Fixler, *Rabbi, on behalf of himself and on behalf on his minor children, D.F., E.F., & F.F.*; Cynthia Mood, Reverend, *on behalf of herself and on behalf of her minor children*, L.M. & C.M.; Cheryl Rebecca Smith, *on behalf of herself and on behalf of her minor child*, L.P.J.; Arvind Chandrakantan, *on behalf of himself and on behalf of his minor children*, V.C., M.C. & A.C.; Allison Fitzpatrick, *on behalf of herself and on behalf of her minor children*, C.F. & H.F.; Mara Richards Bim, *on behalf of herself and on behalf of her minor child*, H.B.,

*Plaintiffs—Appellees*,

*versus*

ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT; NORTH
EAST INDEPENDENT SCHOOL DISTRICT; LACKLAND
INDEPENDENT SCHOOL DISTRICT; NORTHSIDE INDEPENDENT
SCHOOL DISTRICT; LAKE TRAVIS INDEPENDENT SCHOOL
DISTRICT; DRIPPING SPRINGS INDEPENDENT SCHOOL
DISTRICT; FORT BEND INDEPENDENT SCHOOL DISTRICT;
CYPRESS FAIRBANKS INDEPENDENT SCHOOL DISTRICT; PLANO
INDEPENDENT SCHOOL DISTRICT,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:25-CV-756

---

## JUDGMENT

Before ELROD, *Chief Judge*, and JONES, SMITH, STEWART,
RICHMAN, SOUTHWICK, HAYNES, GRAVES, HIGGINSON,
WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, WILSON,
DOUGLAS, and RAMIREZ, *Circuit Judges*[*]

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, the preliminary injunction is VACATED, and judgment is RENDERED dismissing Plaintiffs' Establishment and Free Exercise claims.

---

[*] JUDGES WILLETT, HO, and OLDHAM join all except Part III of this opinion.

IT IS FURTHER ORDERED that Appellees pay to Appellants the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

JAMES C. HO, *Circuit Judge*, concurring.

ANDREW S. OLDHAM, *Circuit Judge*, joined by WILLETT, *Circuit Judge*, concurring in part.

IRMA CARRILLO RAMIREZ, *Circuit Judge*, joined by STEWART, RICHMAN, HAYNES, GRAVES, HIGGINSON, and DOUGLAS, *Circuit Judges*, dissenting[**]

LESLIE H. SOUTHWICK, *Circuit Judge*, joined by RICHMAN, GRAVES, HIGGINSON, DOUGLAS and RAMIREZ, *Circuit Judges*, dissenting[***]

HAYNES, *Circuit Judge*, dissenting.

STEPHEN A. HIGGINSON, *Circuit Judge*, joined by RICHMAN, GRAVES, DOUGLAS, and RAMIREZ, *Circuit Judges*, dissenting.

---

[**] JUDGE RICHMAN joins Part I of this opinion with the exception of footnote 6 and Part I.B.2. JUDGE HAYNES joins Part I.A of this opinion.
[***] JUDGES HIGGINSON, DOUGLAS, and RAMIREZ join Parts I and II of this opinion. JUDGES RICHMAN and GRAVES join Part II B.